No. 220, Misc.   ADAMS *v.* UNITED STATES.   Application denied.

No. 237, Misc.   KAUFMAN ET AL. *v.* PINE, U. S. DISTRICT JUDGE.   Motion for leave to file petition for writ of mandamus denied.   MR. JUSTICE CLARK took no part in the consideration or decision of this motion.   *Irving Moskovitz, Henry G. Fischer, Odell Kominers* and *Seymour Graubard* for petitioners.

No. 243, Misc.   NELSON ET AL. *v.* STEWART, U. S. DISTRICT JUDGE, ET AL.   Motion for leave to file petition for writ of prohibition or mandamus denied.   *Bertram Edises* for petitioners.

No. 302.   DAMERON *v.* BRODHEAD, MANAGER OF REVENUE AND EX OFFICIO TREASURER OF THE CITY AND COUNTY OF DENVER.   Supreme Court of Colorado.   Certiorari granted.   *Acting Solicitor General Stern* for petitioner.   *Leonard M. Campbell* and *John C. Banks* for respondent.

No. 448.   GEBHART ET AL. *v.* BELTON ET AL.   Supreme Court of Delaware.   Certiorari granted.   *H. Albert Young,* Attorney General of Delaware, for petitioners.   *Louis L. Redding* and *Thurgood Marshall* for respondents.

No. 300.   BRANNAN, SECRETARY OF AGRICULTURE, *v.* KASS, TRADING AS BABYLON MILK & CREAM CO.   C. A. 2d Cir.   Certiorari denied.   *Acting Solicitor General Stern,*